Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Defendant Westgate Resorts, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGEL CORDERO MENDEZ,<br><br>  Plaintiff,<br>v.<br><br>WESTGATE RESORTS, INC., and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-00958-APG-NJK<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br>(*\*Amended to correct erroneous date in Order\**)<br><br>**(First Request)** |

The Parties, by and through their respective counsel of record, respectfully submit the following stipulation to allow defendant Westgate Resorts, Inc. ("Defendant") additional time to file a responsive pleading to Plaintiff's Complaint filed on May 19, 2021 [ECF 1]. Defendant's response is currently due on June 10, 2021. The Parties have agreed to allow Defendant through and until June 25, 2021 to respond to the Complaint. An extension is necessary as counsel has recently been retained, and the extension will allow Defendant sufficient time to appropriately review, investigate, and respond to the Complaint. Additionally, Defendant's counsel will be out of the jurisdiction during a significant portion of the extension.

///

///

///

///

///

Page 1 of 2

47336026v1

This is Defendant's first request for an extension of time to respond to the Complaint and is not made for the purpose of delay.

Respectfully submitted by:

DATED this 10th day of June, 2021.          DATED this 10th day of June, 2021.

**GREENSPOON MARDER LLP**                    **WATKINS & LETOFSKY**

*/s/ Phillip S. Silvestri, Esq.*             */s/ Michael A. DiRenzo, Esq.*
Phillip A. Silvestri, Esq.                   Michael A. DiRenzo, Esq.
Nevada Bar No. 11276                         Nevada Bar No. 13014
3993 Howard Hughes Parkway #400              8935 S. Pecos Rd., Ste. 22A
Las Vegas, Nevada 89169                      Henderson, NV 89074

*Attorneys for Defendant Westgate Resorts, Inc.*   *Counsel for Plaintiff*

## ORDER

It is hereby **ORDERED** that Defendant Westgate Resorts, Inc. shall have up to, and including, June 25, 2021 to file a response to Plaintiff's Complaint.

_____
United States Magistrate Judge

Dated: June 11, 2021