# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL CORDERO MENDEZ,<br>         Plaintiff(s),<br>v.<br>WESTGATE RESORTS, INC.,<br>         Defendant(s). | Case No. 2:21-cv-00958-APG-NJK<br><br>**Order** |

The parties indicate that this is an employment case that should be assigned to the early neutral evaluation program.  Docket No. 12 at 3.  Pursuant to Local Rule 16-6(b), the Clerk's Office is **INSTRUCTED** to assign this case to the early neutral evaluation program.

IT IS SO ORDERED.

Dated: July 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge